COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00256-CV

Style:                                    Robert Horry Sports Medicine, LLC, Kegis Smith, Robert Horry,
Keith & Kerndard Holdings, LLC, and Anastasia Patoka v. Tomur Barnes and Roxanne Calmalet

Trial Court Case Number:     2016-69540

Trial Court:                          61st District Court of Harris County

Type of Motion:                   Objection to Mediation

Party Filing Motion:            Appellant

Appellee has objected to mediation.  The Court's mediation order dated June 10, 2019 is withdrawn.

Judge's signature: /s/ Richard Hightower
                              Acting individually

Date:   June 26, 2019

---

\*         Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).